Sandra Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4484

Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENE D. STEVENS,<br><br>Plaintiffs<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 2:14-cv-00764-MCE-DAD<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Joint Stipulation of voluntary dismissal filed by the parties on April 15, 2015, and good cause appearing,

1     **IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to all claims, with each party to bear its own attorney's fees and costs.  The matter having been resolved in its entirety, the Clerk of Court is ordered to close the file.

Dated:  April 15, 2015

                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT